# Court of Appeals
# of the State of Georgia

ATLANTA, __December 08, 2021__

*The Court of Appeals hereby passes the following order:*

## A22E0020. TAGGART v. SERLUCO.

Applicant's Emergency Motion for Extension of Time to File an Application for Discretionary Appeal is **GRANTED**. Applicant shall have through and including January 10, 2022, to file his Application for Discretionary Appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__12/08/2021__*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

___Stephen E. Castlen_____, *Clerk.*